UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:   Steven Golden                                                      Chapter 13
                                                                             Case No. 18-22908-K
Debtor.

## Second Amended Chapter 13 Plan

Address:     Debtor   5054 Boeingshire Dr., Memphis, TN 38116

Plan Payment:

Debtor Shall Pay: $ 303.00    Weekly    By:    (X) Direct Pay  self employed contractor

   Or by:  ( ) Payroll Deduction

1. This Plan [Rule 3015.1 Notice]:
   (A) Contains a Non-standard Provision [See provision 19].                                       (X) Yes   ( ) No
   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim  (X) Yes   ( ) No
       [See provisions 7 and 8].
   (C) Avoids a Security Interest or Lien. [See provision 12].                                    ( ) Yes   (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:      ( ) Included in Plan     Or ( ) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By: ( ) Debtor Directly  ( ) Wage Assignment    ( ) Trustee To:          Monthly Pmt.
                             ongoing payment begins

5. Priority Claims:                                                                                Monthly Pmt.
                                            Amount

6. Home Mortgage Claims:      ( ) Paid Directly by Debtor or ( ) Paid by Trustee To:              Monthly Pmt.
   BSI Financial Services *      ongoing payment begins    July 2018                                $638.59
                                 Approximate arrearage     $15,038.00       Interest    0.00%       $251.00
                                 ongoing payment begins
                                 Approximate arrearage                      Interest

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:      Collateral Value      Interest Rate    Monthly Pmt.

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| | | | |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

| | Collateral |
|---|---|
| | |

10. Special Class Unsecured Claims:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Thomas Long (ticket collections) | $ 993.00 | 0.00% | $17.00 |
| General Sessions (cost/fines) | $ 1,379.00 | 0.00% | $22.00 |

11. Student Loan Claims and Other Long Term Claims:
    ( ) Not Provided For     ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:    ( ) _____ ;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:
    ( ) Assume     ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:
    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

    /s/ Jimmy E. McElroy  TN Bar #011908          Date   April 4, 2018
    Debtor's Attorney's Signature

May 1, 2018

910 > November 3, 2015